Certificate Number: 05781-PAE-DE-039567386

Bankruptcy Case Number: 25-10929



05781-PAE-DE-039567386

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2025, at 4:58 o'clock PM PDT, Theodore Rhoads completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 17, 2025

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President