UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 25-10929-DJB-13

Theodore E Rhoads, Sr.                                                                 Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                           Bankr. Case No. 25-10929-DJB-13

Theodore E Rhoads, Sr.                                                                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 2, 2025 :

| | |
|---|---|
| Joseph L Quinn | Kenneth E West |
| 192 S. Hanover Street | Office of the Chapter 13 Standing Trustee |
| Suite 101 | 190 N. Independence Mall West, Suite 701 |
| Pottstown, PA 19464 | Philadelphia, PA 19106 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx15192 / 1109109