PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| THEODORE E. RHOADS, SR. | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) | Case No.: 25-10929 (DJB) |
| dba GM FINANCIAL | ) | |
| **Moving Party** | ) | |
| | ) | **Hearng Date: 5/15/2025 at 11:00** |
| v. | ) | **AM** |
| | ) | |
| THEODORE E. RHOADS, SR. | ) | |
| MELISSA KAY EWING | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | 11 U.S.C. 1301 |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |
| | ) | |

### ORDER MODIFING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are modified pursuant to Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's rights in the personal property described as a **2017 GMC Terrain** bearing vehicle identification number 2GKALMEK5H6238804 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:

**Date: May 16, 2025**

_____
UNITED STATES BANKRUPTCY JUDGE