# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Theodore E Rhoads, Sr., | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.: 25-10929-djb |

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on May 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 16, 2025          By:     /s/ Joseph Quinn
                                    Joseph Quinn, Esquire
                                    Attorney I.D. No. 307467
                                    **ROSS, QUINN & PLOPPERT, P.C.**
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Shelby Mashigian, Auth. Agent
Harley-Davidson Credit Corp
PO Box 9013
Addison, Texas 75001
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

1

Jessi White, Auth. Agent
Quantum3 Group LLC
as Agent for GoodLeap
PO Box 788
Kirkland WA 98083-0788
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Denise Elizabeth Carlon, Esquire
PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com
Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

William Edward Craig, Esquire
AmeriCredit Financial Services, Inc. dba GM Financial
wcraig@egalawfirm.com, mortoncraigecf@gmail.com, alapinski@egalawfirm.com
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Kenneth E. West, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.comStanding Chapter 13 Trustee
Standing Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other: