United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10929-djb |
| Theodore E Rhoads, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 18, 2025 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore E Rhoads, Sr., 1254 East Philadelphia Avenue, Gilbertsville, PA 19525-9573 |
| 14988809 | + | AmeriCredit Financial Services, Inc., C/O William W. Craig, 1040 King Hwy N. #200, Cherry Hill, NJ 08034-1925 |
| 14985433 | | Lehigh Valley Health Network, PO Box 981006, Boston, MA 02298-1006 |
| 14985434 | | Lehigh Valley Hospital, P.O. Box 8500, Philadelphia, PA 19178-8076 |
| 14985436 | + | Melissa Ewing, 1254 E Philadelphia Avenue, Gilbertsville, PA 19525-9573 |
| 14994014 | + | Pennynmac Loan Services, LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14985443 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |
| 14985444 | | Truist Bank, Credit Card Disputes, Wilson, NC 27894 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15007766 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 19 2025 01:55:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14985426 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 19 2025 02:14:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14988094 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 19 2025 01:55:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14985427 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2025 02:25:17 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15003855 | | Email/Text: mrdiscen@discover.com | Jun 19 2025 01:54:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14985428 | + | Email/Text: mrdiscen@discover.com | Jun 19 2025 01:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14985429 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 19 2025 01:55:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 14985430 | + | Email/Text: accountresearch@goodleap.com | Jun 19 2025 01:55:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 14985431 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 19 2025 01:55:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 14989771 | | Email/Text: bankruptcy@greenskycredit.com | Jun 19 2025 01:55:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 14985432 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 19 2025 01:55:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15004760 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 19 2025 01:54:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 15005407 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2025 01:55:00 | Jefferson Capital Systems LLC, PO Box 7999, St |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 155 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud, MN 56302-9617 |
| 14988487 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2025 01:30:48 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14985438 | | Email/Text: ml-ebn@missionlane.com | Jun 19 2025 01:54:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14985435 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jun 19 2025 01:54:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 14985437 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 19 2025 01:54:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14993268 | ^ | MEBN | Jun 19 2025 00:37:45 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14985439 | + | Email/PDF: ebnotices@pnmac.com | Jun 19 2025 02:02:12 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15006494 | + | Email/PDF: ebnotices@pnmac.com | Jun 19 2025 01:29:36 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15002563 | | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2025 01:55:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 14985440 | ^ | MEBN | Jun 19 2025 00:37:41 | Revco Solutions, Inc., PO Box 163279, Columbus, OH 43216-3279 |
| 14985441 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2025 01:55:00 | Santander Bank, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15001175 | + | Email/Text: DeftBkr@santander.us | Jun 19 2025 01:55:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 14985442 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2025 02:14:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14989109 | + | Email/Text: bankruptcy@bbandt.com | Jun 19 2025 01:55:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14985445 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 19 2025 01:55:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 20, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Theodore E Rhoads  Sr. CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Theodore E Rhoads Sr.  )  Case No. 25−10929−djb
   aka Ted E Rhoads Sr.  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 18, 2025                                                                                         For The Court

                                                                                  Derek J Baker
                                                                                  Judge, United States Bankruptcy Court