UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Theodore E Rhoads, Sr. aka Ted E Rhoads, Sr.    Case No.: 25-10929
                                                                   Adversary No.: ___
                                                                   Chapter: 13
           Debtor                                            Judge: Derek J Baker

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051

Boston, MA 02284-7051

**New Payment Address:**

PO Box 847105

Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/07/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Theodore E Rhoads, Sr. aka Ted E Rhoads, Sr.   Chapter #13
                                                          Case No. 25-10929
                                                          Honorable Derek J Baker

Debtor
_____/

## CERTIFICATE OF SERVICE

     I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 7, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

     Signed under the penalties of perjury, this 7th day of December 2025.

                                                   _____
                                                 Melissa A. Epler
                                                 Santander Bank, N.A.
                                                 Bankruptcy Administrator
                                                 10 Commons Boulevard
                                                 MC: PA-WYO-CP3
                                                 Reading, PA 1960
                                                 (484) 512-3552
                                                 Email: DeftBkr@santander.us

VIA US MAIL
Theodore E Rhoads, Sr.
1254 East Philadelphia Avenue
Gilbertsville, PA 19525

VIA ECF
Kenneth E West
ecfemails@ph13trustee.com

Joseph L Quinn
CourtNotices@rqplaw.com